**DUANE MORRIS, LLP**
Mark A. Canizio, Esq. (MC 7071)
Brian J. Markowitz (BM 9640)
1540 Broadway
New York, New York 10036
Telephone No.: (212) 692-1000
Facsimile No.: (212) 692-1020
E-mail: macanizio@duanemorris.com
         bjmarkowitz@duanemorris.com
*Attorneys for Interpleader Defendant*
*Techno Acoustics Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION,

                                                             Interpleader Plaintiff,  **Case No. 11 CIV 7178**

                -against-

TRI-LINE CONTRACTING CORP.; JOSE VELAZQUEZ; APG ENERGY & SECURITY SOLUTIONS; ARCHITECTURAL FLOORING RESOURCES, INC.; ASBESTOLITH MANUFACTURING CORP.; BERJEN METAL INDUSTRIES, LTD.; CASTLE RESTORATION & CONSTRUCTION, INC.; COSMOPOLITAN DECORATING CO., INC.; DFB SALES, INC.; FOREST ELECTRIC; HI-TECH DATA FLOORS, INC.; HOLLER METAL FABRICATORS, INC.; MODERN OFFICE SYSTEMS, LLC; RITE-WAY INTERNAL REMOVAL, INC.; NYC SPRINKLER SYSTEMS CORP.; P&P MECHANICAL, INC.; PAR PLUMBING CO.; & S&J ENTRANCE & WINDOW SPECIALISTS, INC.; SHELBOURNE CONSTRUCTION CORP.; TANGENT CONSTRUCTION; TECHNO ACOUSTICS, HOLDINGS, LLC; V.A.M.E. IRON WORKS CORP.; and DOES 1 through 20,

                                                            Interpleader Defendants.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

DM1\3014419.1

PLEASE TAKE NOTICE THAT, Brian J. Markowitz, Esq. of the law firm Duane Morris LLP hereby enters his appearance as co-counsel for Interpleader Defendant Techno Acoustics Holdings, LLC in the above captioned action.

Dated: New York, New York
December 15, 2011

**DUANE MORRIS LLP**
Attorneys for *Interpleader Defendant Techno Acoustics Holdings, LLC*

By: _____
Brian J. Markowitz (BM 9640)
1540 Broadway
New York, New York 10036
(212) 692-1000