UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Plaintiff,

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**   **INDEX# 11 CIV 7178 (TPG)**

--- AGAINST ---                          **AFFIDAVIT OF SERVICE**

**TRI-LINE CONTRACTING CORP., ET. AL.**

Defendant,

---

STATE OF NEW YORK)
　　　　　　　　　　　　)SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 13th day of December, 2011, she served the Rule 7.1 Disclosure Statement and Answer by Interpleader Defendant Tangent Construction, Inc. with Cross-Claims and Counterclaim at 2:31 p.m. on TRI-LINE CONTRACTING CORP., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, LISA VORRARO, a white female with brown hair, brown eyes, approximately 46 years of age, 5'3" and 178lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

MARIA SCHMITZ

Sworn before me this
13th day of December, 2011

JOAN M. GRAHAM
Notary Public - State of New York
No. 01GR6096867
Qualified in Saratoga County
Commission Expires August 11, 2015