PAUL HASTINGS LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Interpleader Plaintiff,

-against-

TRI-LINE CONTRACTING CORP.; JOSE VELAZQUEZ; APG ENERGY & SECURITY SOLUTIONS; ARCHITECTURAL FLOORING RESOURCES, INC.; ASBESTOLITH MANUFACTURING CORP.; BERJEN METAL INDUSTRIES, LTD.; CASTLE RESTORATION & CONSTRUCTION, INC.; COSMOPOLITAN DECORATING CO., INC.; DFB SALES, INC.; FOREST ELECTRIC; HI-TECH DATA FLOORS, INC.; HOLLER METAL FABRICATORS, INC.; MODERN OFFICE SYSTEMS, LLC; RITE-WAY INTERNAL REMOVAL, INC.; NYC SPRINKLER SYSTEMS CORP.; P & P MECHANICAL, INC.; PAR PLUMBING CO.; S&J ENTRANCE & WINDOW SPECIALISTS, INC.; SHELBOURNE CONSTRUCTION CORP.; TANGENT CONSTRUCTION; TECHNO ACOUSTICS, HOLDINGS, LLC; V.A.M.E. IRON WORKS CORP.; and DOES 1 through 20,

    Interpleader Defendants.

---

Civil Action No. 11-CV-7178 (TPG)

**AFFIDAVIT OF ADDITIONAL MAILING PURSUANT TO LOCAL RULE 55.2(C)**

 

FRANK N. DAGOSTINO, being duly sworn, deposes and says:

I am over the age of eighteen years, reside in Jersey City, New Jersey and am not a party to this action. On the 10th day of January 2012, I served additional copies of the documents described as NOTICE OF MOTION FOR JUDGMENT BY DEFAULT; the AFFIDAVIT OF JODI A. KLEINICK, Esq., in SUPPORT OF MOTION FOR A DEFAULT JUDGMENT with Exhibits annexed thereto, in the above entitled action, by enclosing same in a properly addressed postpaid UPS Overnight Mail wrapper and depositing same in an official depository maintained by the United Parcel Service within New York State as addressed below. The addresses being the last known residence of such party (if an individual) or the last known business address of such party.

Tri-Line Contracting Corp.
253 West 35TH Street, 5TH Floor
New York, New York, 10001

Architectural Flooring Resources, Inc.
135 West 27th Street
6th Floor
New York, NY 10001

Berjen Metal Industries, Ltd.
645 New York Avenue
Huntington, NY 11743

Modern Office Systems, LLC
45 West 36th Street
New York, NY 10018

NYC Sprinkler Systems Corp.
120 Overlook Road
Pomona, NY 10970

P&P Mechanical, Inc.
147 West 35th Street
New York, NY 10001

Rite-Way Internal Removal, Inc.
6405 34th Avenue
#1
Flushing, NY 11377-2289

S&J Entrance & Window Specialists, Inc.

174 Marine Street
Farmingdale, NY 11735

the address designated by them for this purpose.

_____
Frank N. Dagostino

Sworn to before me this
10TH day of January, 2012

_____
Notary Public

**DENNIS CAIRNS**
**Notary Public, State of New York**
**No. 01CA6114237**
**Qualified in Queens County**
**Commission Expires August 9, 2012**