PAUL HASTINGS LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, NATIONAL : 
ASSOCIATION, :
  :
    Interpleader Plaintiff, :
  :   Civil Action No. 11-CV-7178 (LAK)
    -against- :
  :   AFFIDAVIT OF SERVICE
TRI-LINE CONTRACTING CORP.; JOSE :
VELAZQUEZ; APG ENERGY & :
SECURITY SOLUTIONS; :
ARCHITECTURAL FLOORING :
RESOURCES, INC.; ASBESTOLITH :
MANUFACTURING CORP.; BERJEN :
METAL INDUSTRIES, LTD.; CASTLE :
RESTORATION & CONSTRUCTION, :
INC.; COSMOPOLITAN DECORATING :
CO., INC.; DFB SALES, INC.; FOREST :
ELECTRIC; HI-TECH DATA FLOORS, :
INC.; HOLLER METAL FABRICATORS, :
INC.; MODERN OFFICE SYSTEMS, LLC; :
RITE-WAY INTERNAL REMOVAL, INC.; :
NYC SPRINKLER SYSTEMS CORP.; :
P & P MECHANICAL, INC.; PAR :
PLUMBING CO.; S&J ENTRANCE & :
WINDOW SPECIALISTS, INC.; :
SHELBOURNE CONSTRUCTION CORP.; :
TANGENT CONSTRUCTION; TECHNO :
ACOUSTICS, HOLDINGS, LLC; V.A.M.E. :
IRON WORKS CORP.; and DOES 1 :
through 20, :
  :
    Interpleader Defendants. :

---

    FRANK N. DAGOSTINO, being duly sworn, deposes and says:

I am over the age of eighteen years, reside in Jersey City, New Jersey and am not a party to this action. On the 17th day of January 2012, I served true and correct copies of the document described as NOTICE OF REASSIGNMENT upon all counsel for defendants' that appeared and the remaining defendants' that have not appeared in the above entitled action by enclosing same in a properly addressed postpaid first class mail wrapper and depositing same in an official depository maintained by the United States Postal Service within New York State as addressed in the attached service list.

_____
Frank N. Dagostino

Sworn to before me this
17th day of January, 2012

_____
Notary Public

JAMEL D. SUMMERS
Notary Public, State of New York
No. 01SU6240243
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 2, 2015

## JPMORGAN CHASE BANK v. TRI-LINE CONTRACTING CORP. SERVICE LIST
### 11-Civ-7178 (LAK)

| | | |
|---|---|---|
| Tri-Line Contracting Corp.<br>253 West 35TH Street,<br>5TH Floor<br>New York, New York, 10001 | Architectural Flooring Resources, Inc.<br>135 West 27th Street<br>6th Floor<br>New York, NY 10001 | Berjen Metal Industries, Ltd.<br>645 New York Avenue<br>Huntington, NY 11743 |
| Modern Office Systems, LLC<br>45 West 36th Street<br>New York, NY 10018 | NYC Sprinkler Systems Corp.<br>120 Overlook Road<br>Pomona, NY 10970 | P&P Mechanical, Inc.<br>147 West 35th Street<br>Suite 711<br>New York, NY 10001 |
| Rite-Way Internal Removal, Inc.<br>6405 34th Avenue<br>#1<br>Flushing, NY 11377-2289 | S&J Entrance & Window Specialists, Inc.<br>174 Marine Street<br>Farmingdale, NY 11735 | Jose Velasquez<br>1481 Westview Drive,<br>Yorktown Heights, NY 10598 |
| Robert Mark Wasko Esq.<br>Kaufman Dolowich Voluck & Gonzo LLP<br>100 William Street<br>Suite 215<br>New York, NY 10038<br>Attorney's for Asbestolith Manufacturing Corp | Howard Blum, Esq.<br>Howard Blum, P.C.<br>286 Madison Avenue, 18th Floor<br>New York, NY 10017<br>Attorney's for APG Energy & Security Solutions | Michelle Cindy Englander, Esq.<br>The Law Firm Elias C. Schwartz<br>343 Great Neck Road<br>Great Neck, NY 11021<br>Attorney's for Castle Restoration & Construction, Inc. |
| Edward Weissman, Esq.<br>Law Offices of Edward Weissman<br>825 Third Avenue, 30th Floor<br>New York, NY 10022<br>Attorney's for Cosmopolitan Decorating Co., Inc. | Sidney A. Weisber, Esq.<br>Weisberg & Weisberg<br>98 Cuttermill Road<br>Great Neck, NY 11021<br>Attorney's for DFB Sales, Inc. | Edward Thomas Byrne, Esq.<br>Murtagh, Cohen & Byrne<br>100 North Park Avenue<br>Rockville Centre, NY 11570<br>Attorney's for Forest Electric |
| Christopher Nucifora, Esq.<br>Kaufman Dolowich Vouck & Gonzo LLP (NJ)<br>21 Main Street., Court Plaza So<br>Hackensack, NJ 07601<br>Attorney's for Hi-Tech Data Floors, Inc. | John F. Kwasnik, Esq.<br>Mezzacca & Kwasnik, LLC<br>2 Lincoln Highway<br>Fifth Floor, Suite 511<br>Edison, NJ 08820<br>Attorney's for Holler Metal Fabricators, Inc. | Kaufman Dolowich Voluck & Gonzo<br>135 Crossways Park Drive<br>Suite 201<br>Woodbury, NY 11797<br>Attorney's for PAR Plumbing Co. |
| Alan S. Goldberger, Esq.<br>Brown Moskowitz & Kallen, P.C.<br>75 Main Street, Suite 203<br>Millburn, NJ 07041<br>Attorney's for Shelbourne Construction Corp. | Ronald Christopher Owens, Esq.<br>Aronauer, Re & Yudell, LLP<br>444 Madison Avenue<br>New York, NY 10022<br>Attorney's for Tangent Construction | Mark A Canizio, Esq.<br>Duane Morris, LLP (NYC)<br>1540 Broadway<br>New York, NY 10036-4086<br>Attorney's for Techno Acoustics, Holdings, LLC |
| Kushnick & Associates, P.C.<br>445 Broadhollow Road, Suite 124<br>Meliville, NY 11747<br>Attorney's for V.A.M.E. Iron Works Corp | | |