UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Interpleader Plaintiff,

-against-

TRI-LINE CONTRACTING CORP.; JOSE VELAZQUEZ; APG ENERGY & SECURITY SOLUTIONS; ARCHITECTURAL FLOORING RESOURCES, INC.; ASBESTOLITH MANUFACTURING CORP.; BERJEN METAL INDUSTRIES, LTD.; CASTLE RESTORATION & CONSTRUCTION, INC.; COSMOPOLITAN DECORATING CO., INC.; DFB SALES, INC.; FOREST ELECTRIC; HI-TECH DATA FLOORS, INC.; HOLLER METAL FABRICATORS, INC.; MODERN OFFICE SYSTEMS, LLC; RITE-WAY INTERNAL REMOVAL, INC.; NYC SPRINKLER SYSTEMS CORP.; P & P MECHANICAL, INC.; PAR PLUMBING CO.; S&J ENTRANCE & WINDOW SPECIALISTS, INC.; SHELBOURNE CONSTRUCTION CORP.; TANGENT CONSTRUCTION; TECHNO ACOUSTICS, HOLDINGS, LLC; V.A.M.E. IRON WORKS CORP.; and DOES 1 through 20,

    Interpleader Defendants.

---

*PARTIAL*

[PROPOSED] DEFAULT JUDGMENT AND ORDER

Civil Action No. 11-CV-7178 (JPG)

*LAK*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/12

This action having been commenced on October 12, 2011, by the filing of the Complaint dated October 12, 2011, and a copy of the Summons and Complaint having been served on defendant P & P Mechanical, Inc. ("P & P Mechanical") on October 18, 2011, by personally serving an agent of the Secretary of State for the State of New York, and a proof of service having been filed on October 21, 2011, and the defendant P & P Mechanical not having

LEGAL_US_E # 96370127.1

answered the Complaint and the time for answering having expired, and the Clerk of the Court having issued a Certificate of Default on December 15, 2011, and the plaintiff having moved this Court for the entry of a Judgment of Default by motion dated January 9, 2012, and a copy of the motion papers having been mailed to defendant P & P Mechanical, and having received no response from defendant P & P Mechanical, it is,

**ORDERED, ADJUDGED AND DECREED**, that judgment is rendered against defendant P & P Mechanical and defendant P & P Mechanical shall take nothing by way of any claim to any payment from or interest in any portion of the retainage (the "Retainage") being held by plaintiff JPMorgan Chase Bank, National Association ("JPMC") for any work performed by defendant P & P Mechanical, as subcontractor to defendant Tri-Line Contracting Corp., with respect to the renovation project at 270 Park Avenue, New York, New York (the "Project"); and it is further

**ORDERED, ADJUDGED AND DECREED**, that defendant P & P Mechanical is hereby enjoined and estopped from commencing or prosecuting any proceedings against JPMC, at law or in equity, with respect to any payment, claim for payment, or monetary judgment related to any work performed by defendant P & P Mechanical with respect to the Project; and it is further

**ORDERED, ADJUDGED AND DECREED**, that judgment in this action is rendered against defendant P & P Mechanical, who shall take nothing.

Dated: New York, New York
January 24, 2012

_____
HONORABLE THOMAS P. GRIESA, J.