

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Interpleader Plaintiff,

-against-

TRI-LINE CONTRACTING CORP.; JOSE VELAZQUEZ; APG ENERGY & SECURITY SOLUTIONS; ARCHITECTURAL FLOORING RESOURCES, INC.; ASBESTOLITH MANUFACTURING CORP.; BERJEN METAL INDUSTRIES, LTD.; CASTLE RESTORATION & CONSTRUCTION, INC.; COSMOPOLITAN DECORATING CO., INC.; DFB SALES, INC.; FOREST ELECTRIC; HI-TECH DATA FLOORS, INC.; HOLLER METAL FABRICATORS, INC.; MODERN OFFICE SYSTEMS, LLC; RITE-WAY INTERNAL REMOVAL, INC.; NYC SPRINKLER SYSTEMS CORP.; P & P MECHANICAL, INC.; PAR PLUMBING CO.; S&J ENTRANCE & WINDOW SPECIALISTS, INC.; SHELBOURNE CONSTRUCTION CORP.; TANGENT CONSTRUCTION; TECHNO ACOUSTICS, HOLDINGS, LLC; V.A.M.E. IRON WORKS CORP.; and DOES 1 through 20,

    Interpleader Defendants.

NOTICE OF VOLUNTARY DISMISSAL OF HOLLER METAL FABRICATORS, INC., PURSUANT TO F.R.C.P. 41(a)(1)(A)(i).

Civil Action No. 11-CV-7178 (LAK)



## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the interpleader plaintiff JPMorgan Chase Bank, National Association, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the interpleader defendant Holler Metal Fabricators, Inc.

LEGAL_US_E # 96404519.1

Dated: New York, New York
February 8, 2012

                                          PAUL HASTINGS, LLP

                                          By: /s/ Jodi Kleinick
                                                 Jodi Kleinick
                                          *Attorneys for Interpleader Plaintiff*
                                          75 East 55th Street
                                          New York, NY 10022
                                          (212) 318-6000

SO ORDERED:

*[signature]*
U.S.D.J.

2/6/12

LEGAL_US_E # 96404519.1                            -2-