# PAUL HASTINGS

MEMO ENDORSED



1(212) 318-6751
jodikleinick@paulhastings.com



March 16, 2012

57364.00051

**VIA FAX (WITH PERMISSION) (212) 805-7910**

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *JPMorgan Chase Bank, N.A. v. Tri-Line Contracting Corp., et. al.*, 11-CV-07178 (LAK)

Dear Hon. Judge Kaplan:

We represent plaintiff JPMorgan Chase Bank, N.A. in the above-referenced action and write at the direction of Deputy Clerk Mr. Andrew Mohan after informing him that we have reached a settlement of this matter. We respectfully request that Your Honor enter an order closing the case for 60 days (or, should the Court so determine, 30 days) to allow the parties to document their agreement, without costs to any party and with permission for any party to reinstate the case. We have notified all counsel that we are sending this letter.

Respectfully Submitted,

Jodi A. Kleinick
of Paul Hastings LLP

cc:
Howard Blum
HOWARD BLUM, P.C.
286 Madison Avenue, 18th Floor
New York, NY 10016

Gary Wirth
KAUFMAN DOLOWICH VOLUCK & GONZO LLP
100 William Street
Suite 215
New York, NY 10038

Michelle Cindy Englander
THE LAW FIRM OF ELIAS C. SCHWARTZ
343 Great Neck Road
Great Neck, NY 11021

LEGAL_US_E # 97307669.3

Paul Hastings LLP | 75 East 55th Street | New York, NY 10022
t: +1.212.318.6000 | www.paulhastings.com

Honorable Lewis A. Kaplan
March 16, 2012
Page 2


Edward Weissman
LAW OFFICES OF EDWARD WEISSMAN
60 East 42nd Street, Suite 557
New York, NY 10165

Sidney A. Weisberg
WEISBERG & WEISBERG
98 Cuttermill Road
Great Neck, NY 11021

Joel Cutler
MURTAGH, COHEN & BYRNE
100 North Park Avenue
Rockville Centre, NY 11570

Christopher Nucifora
KAUFMAN DOLOWICH VOLUCK & GONZO LLP (NJ)
21 Main Street, Court Plaza So.
Hackensack, NJ 07601

Matthew J. Minero
KAUFMAN DOLOWICH VOLUCK & GONZO LLP
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797

Alan S. Goldberger
BROWN MOSKOWITZ & KALLEN P.C.
75 Main Street, Suite 203
Milburn, NJ 07041

Ronald Christopher Owens
ARONAUER, RE & YUDELL, LLP
444 Madison Avenue
New York, NY 10022

Mark A. Canizio
Brian J. Markowitz
DUANE MORRIS, LLP
1540 Broadway
New York, NY 10036-4086

Vincent Thomas Pallaci
KUSHNICK & ASSOCIATES, P.C.
445 Broadhollow Road, Suite 124
Melville, NY 11747

> Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 4/15/12 , if the settlement is not consummated executed by then.
>
> SO ORDERED:
> /s/ Lewis A. Kaplan
> Lewis A. Kaplan
> U.S.D.J.
>
> 3/16/12