# PAUL HASTINGS

MEMO ENDORSED

RECEIVED
APR 12 2012
JUDGE KAPLAN'S CHAMBERS

1(212) 318-6751
jodikleinick@paulhastings.com

April 11, 2012

57364.00051

**VIA UPS**

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/12

Re:   *JPMorgan Chase Bank, N.A. v. Tri-Line Contracting Corp., et. al.*, 11-CV-07178 (LAK)

Dear Hon. Judge Kaplan:

We represent plaintiff JPMorgan Chase Bank, N.A. in the above-referenced action.

As you may recall, the parties reached a settlement in principle of the above-referenced action before the initial conference was to be held.  On March 16, 2012, Your Honor issued a dismissal order, which provided any party with the right to reinstate the case within 30 days of your order (i.e., by April 15) if the settlement was not consummated.  Since the dismissal order was entered, the settlement agreement has been finalized and we are in the process of obtaining the necessary signatures from all parties.  Unfortunately, we will not have all of the required signatures prior to April 15th.  Therefore, we respectfully request that you extend the right to reinstate the case for an additional 30 days to allow the parties to obtain all of the required signatures and present the settlement agreement to the Court to be so-ordered.  In the alternative, we will file a notice of reinstatement on Friday, April 13th.

We are writing the court on the basis of our being the coordination point for receipt of signatures, and we are not aware of any party who opposes the extension.

Respectfully submitted,

*Jodi Kleinick* /STT

Jodi A. Kleinick
of Paul Hastings LLP

cc:
Howard Blum
HOWARD BLUM, P.C.
286 Madison Avenue, 18th Floor
New York, NY 10016

MEMO ENDORSED

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
4/12/12

LEGAL_US_E # 97803512.2

Paul Hastings LLP  |  75 East 55th Street  |  New York, NY 10022
t: +1.212.318.6000  |  www.paulhastings.com