**Exhibit 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>    Interpleader Plaintiff,<br><br>-against-<br><br>TRI-LINE CONTRACTING CORP.; JOSE VELAZQUEZ; APG ENERGY & SECURITY SOLUTIONS; ARCHITECTURAL FLOORING RESOURCES, INC.; ASBESTOLITH MANUFACTURING CORP.; BERJEN METAL INDUSTRIES, LTD.; CASTLE RESTORATION & CONSTRUCTION, INC.; COSMOPOLITAN DECORATING CO., INC.; DFB SALES, INC.; FOREST ELECTRIC; HI-TECH DATA FLOORS, INC.; HOLLER METAL FABRICATORS, INC.; MODERN OFFICE SYSTEMS, LLC; RITE-WAY INTERNAL REMOVAL, INC.; NYC SPRINKLER SYSTEMS CORP.; P & P MECHANICAL, INC.; PAR PLUMBING CO.; S&J ENTRANCE & WINDOW SPECIALISTS, INC.; SHELBOURNE CONSTRUCTION CORP.; TANGENT CONSTRUCTION; TECHNO ACOUSTICS, HOLDINGS, LLC; V.A.M.E. IRON WORKS CORP.; and DOES 1 through 20,<br><br>    Interpleader Defendants. | STIPULATION OF VOLUNTARY DISCONTINUANCE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii).<br><br>Civil Action No. 11-CV-7178 (LAK) |

## STIPULATION OF VOLUNTARY DISCONTINUANCE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily discontinued, with prejudice against the defendants APG Energy & Security Solutions, Asbestolith Manufacturing Corp., Castle Restoration & Construction, Inc., Cosmopolitan Decorating Co., Inc., DFB Sales, Inc.,

Forest Electric Corp., Hi-Tech Data Floors, Inc., Par Plumbing Co., Shelbourne Construction Corp., Tangent Construction, Inc., Techno Acoustics Holdings, LLC, and V.A.M.E. Iron Works Corp. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| PAUL HASTINGS LLP | HOWARD BLUM, P.C. |
| By: *Jodi Kleinick* (signed) <br>     Jodi A. Kleinick | By: _____ <br>     Howard Blum |
| *Attorneys for Interpleader Plaintiff* <br> 75 East 55th Street <br> New York, NY 10022 <br> (212) 318-6000 | *Attorney for APG Energy & Security Solutions* <br> 286 Madison Avenue, 14th Floor <br> New York, NY 10017 <br> (212) 557-3000 |
| KAUFMAN DOLOWICH VOLUCK & GONZO LLP | THE LAW FIRM OF ELIAS C. SCHWARTZ |
| By: _____ <br>     Gary Wirth | By: _____ <br>     Michelle Cindy Englander |
| *Attorneys for Asbestolith Manufacturing Corp.* <br> 135 Crossways Park Drive <br> Suite 201 <br> Woodbury, NY 11797 <br> (516) 681-1100 | *Attorneys for Castle Restoration & Construction, Inc.* <br> 343 Great Neck Road <br> Great Neck, NY 11021 <br> (516) 487-0175 |
| LAW OFFICES OF EDWARD WEISSMAN | WEISBERG & WEISBERG |
| By: _____ <br>     Edward Weissman | By: _____ <br>     Sidney A. Weisberg |
| *Attorney for Cosmopolitan Decorating Co., Inc.* <br> 60 East 42nd Street, Suite 557 <br> New York, NY 10165 <br> (212) 937-1520 | *Attorneys for DFB Sales, Inc.* <br> 98 Cutter Mill Road, Suite 332 <br> Great Neck, NY 11021 <br> (516) 466-2750 |

Forest Electric Corp., Hi-Tech Data Floors, Inc., Par Plumbing Co., Shelbourne Construction Corp., Tangent Construction, Inc., Techno Acoustics Holdings, LLC, and V.A.M.E. Iron Works Corp. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

PAUL HASTINGS LLP

By: _____
    Jodi A. Kleinick

*Attorneys for Interpleader Plaintiff*
75 East 55th Street
New York, NY 10022
(212) 318-6000

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
    Gary Wirth

*Attorneys for Asbestolith Manufacturing Corp.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100

LAW OFFICES OF EDWARD WEISSMAN

By: _____
    Edward Weissman

*Attorney for Cosmopolitan Decorating Co., Inc.*
60 East 42nd Street, Suite 557
New York, NY 10165
(212) 937-1520

HOWARD BLUM, P.C.

By: /s/ Howard Blum  3/29/12
    Howard Blum

*Attorney for APG Energy & Security Solutions*
286 Madison Avenue, 14th Floor
New York, NY 10017
(212) 557-3000

THE LAW FIRM OF ELIAS C. SCHWARTZ

By: _____
    Michelle Cindy Englander

*Attorneys for Castle Restoration & Construction, Inc.*
343 Great Neck Road
Great Neck, NY 11021
(516) 487-0175

WEISBERG & WEISBERG

By: _____
    Sidney A. Weisberg

*Attorneys for DFB Sales, Inc.*
98 Cutter Mill Road, Suite 332
Great Neck, NY 11021
(516) 466-2750

Forest Electric Corp., Hi-Tech Data Floors, Inc., Par Plumbing Co., Shelbourne Construction Corp., Tangent Construction, Inc., Techno Acoustics Holdings, LLC, and V.A.M.E. Iron Works Corp. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| PAUL HASTINGS LLP | HOWARD BLUM, P.C. |
| By: _____<br>Jodi A. Kleinick | By: _____<br>Howard Blum |
| *Attorneys for Interpleader Plaintiff*<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000 | *Attorney for APG Energy & Security Solutions*<br>286 Madison Avenue, 14th Floor<br>New York, NY 10017<br>(212) 557-3000 |
| KAUFMAN DOLOWICH VOLUCK & GONZO LLP | THE LAW FIRM OF ELIAS C. SCHWARTZ |
| By: */s/ Gary Wirth*<br>Gary Wirth | By: _____<br>Michelle Cindy Englander |
| *Attorneys for Asbestolith Manufacturing Corp.*<br>135 Crossways Park Drive<br>Suite 201<br>Woodbury, NY 11797<br>(516) 681-1100 | *Attorneys for Castle Restoration & Construction, Inc.*<br>343 Great Neck Road<br>Great Neck, NY 11021<br>(516) 487-0175 |
| LAW OFFICES OF EDWARD WEISSMAN | WEISBERG & WEISBERG |
| By: _____<br>Edward Weissman | By: _____<br>Sidney A. Weisberg |
| *Attorney for Cosmopolitan Decorating Co., Inc.*<br>60 East 42nd Street, Suite 557<br>New York, NY 10165<br>(212) 937-1520 | *Attorneys for DFB Sales, Inc.*<br>98 Cutter Mill Road, Suite 332<br>Great Neck, NY 11021<br>(516) 466-2750 |

Forest Electric Corp., Hi-Tech Data Floors, Inc., Par Plumbing Co., Shelbourne Construction Corp., Tangent Construction, Inc., Techno Acoustics Holdings, LLC, and V.A.M.E. Iron Works Corp. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

PAUL HASTINGS LLP

By: _____
    Jodi A. Kleinick

*Attorneys for Interpleader Plaintiff*
75 East 55th Street
New York, NY 10022
(212) 318-6000

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
    Gary Wirth

*Attorneys for Asbestolith Manufacturing Corp.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100

LAW OFFICES OF EDWARD WEISSMAN

By: _____
    Edward Weissman

*Attorney for Cosmopolitan Decorating Co., Inc.*
60 East 42nd Street, Suite 557
New York, NY 10165
(212) 937-1520

HOWARD BLUM, P.C.

By: _____
    Howard Blum

*Attorney for APG Energy & Security Solutions*
286 Madison Avenue, 14th Floor
New York, NY 10017
(212) 557-3000

THE LAW FIRM OF ELIAS C. SCHWARTZ

By: /s/ Michelle Englander
    Michelle Cindy Englander

*Attorneys for Castle Restoration & Construction, Inc.*
343 Great Neck Road
Great Neck, NY 11021
(516) 487-0175

WEISBERG & WEISBERG

By: _____
    Sidney A. Weisberg

*Attorneys for DFB Sales, Inc.*
98 Cutter Mill Road, Suite 332
Great Neck, NY 11021
(516) 466-2750

Forest Electric Corp., Hi-Tech Data Floors, Inc., Par Plumbing Co., Shelbourne Construction Corp., Tangent Construction, Inc., Techno Acoustics Holdings, LLC, and V.A.M.E. Iron Works Corp. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| PAUL HASTINGS LLP | HOWARD BLUM, P.C. |
| By: _____<br>Jodi A. Kleinick | By: _____<br>Howard Blum |
| *Attorneys for Interpleader Plaintiff*<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000 | *Attorney for APG Energy & Security Solutions*<br>286 Madison Avenue, 14th Floor<br>New York, NY 10017<br>(212) 557-3000 |
| KAUFMAN DOLOWICH VOLUCK & GONZO LLP | THE LAW FIRM OF ELIAS C. SCHWARTZ |
| By: _____<br>Gary Wirth | By: _____<br>Michelle Cindy Englander |
| *Attorneys for Asbestolith Manufacturing Corp.*<br>135 Crossways Park Drive<br>Suite 201<br>Woodbury, NY 11797<br>(516) 681-1100 | *Attorneys for Castle Restoration & Construction, Inc.*<br>343 Great Neck Road<br>Great Neck, NY 11021<br>(516) 487-0175 |
| LAW OFFICES OF EDWARD WEISSMAN<br>By: /s/ Edward Weissman<br>Edward Weissman | WEISBERG & WEISBERG<br>By: _____<br>Sidney A. Weisberg |
| *Attorney for Cosmopolitan Decorating Co., Inc.*<br>60 East 42nd Street, Suite 557<br>New York, NY 10165<br>(212) 937-1520 | *Attorneys for DFB Sales, Inc.*<br>98 Cutter Mill Road, Suite 332<br>Great Neck, NY 11021<br>(516) 466-2750 |

Forest Electric Corp., Hi-Tech Data Floors, Inc., Par Plumbing Co., Shelbourne Construction Corp., Tangent Construction, Inc., Techno Acoustics Holdings, LLC, and V.A.M.E. Iron Works Corp. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| PAUL HASTINGS LLP | HOWARD BLUM, P.C. |
|---|---|
| By: _____<br>Jodi A. Kleinick | By: _____<br>Howard Blum |
| *Attorneys for Interpleader Plaintiff*<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000 | *Attorney for APG Energy & Security Solutions*<br>286 Madison Avenue, 14th Floor<br>New York, NY 10017<br>(212) 557-3000 |
| KAUFMAN DOLOWICH VOLUCK & GONZO LLP | THE LAW FIRM OF ELIAS C. SCHWARTZ |
| By: _____<br>Gary Wirth | By: _____<br>Michelle Cindy Englander |
| *Attorneys for Asbestolith Manufacturing Corp.*<br>135 Crossways Park Drive<br>Suite 201<br>Woodbury, NY 11797<br>(516) 681-1100 | *Attorneys for Castle Restoration & Construction, Inc.*<br>343 Great Neck Road<br>Great Neck, NY 11021<br>(516) 487-0175 |
| LAW OFFICES OF EDWARD WEISSMAN | WEISBERG & WEISBERG |
| By: _____<br>Edward Weissman | By: /s/ Sidney A. Weisberg<br>Sidney A. Weisberg |
| *Attorney for Cosmopolitan Decorating Co., Inc.*<br>60 East 42nd Street, Suite 557<br>New York, NY 10165<br>(212) 937-1520 | *Attorneys for DFB Sales, Inc.*<br>98 Cutter Mill Road, Suite 332<br>Great Neck, NY 11021<br>(516) 466-2750 |

MURTAGH, COHEN & BYRNE

By: /s/ Joel Cutler
    Joel Cutler

*Attorneys for Forest Electric Corp.*
100 North Park Avenue
Rockville Centre, NY 11570
(516) 766-3200


KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
    Matthew J. Minero

*Attorneys for Par Plumbing Co.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100


ARONAUER, RE & YUDELL, LLP

By: _____
    Ronald Christopher Owens

*Attorneys for Tangent Construction, Inc.*
444 Madison Avenue, 17th Floor
New York, NY 10022
(212) 755-6000


KUSHNICK & ASSOCIATES, P.C.

By: _____
    Vincent Thomas Pallaci

*Attorneys for V.A.M.E. Iron Works Corp.*
445 Broad Hollow Road, Suite 124
Melville, NY 11747
(631) 752-7100


KAUFMAN DOLOWICH VOLUCK & GONZO LLP (NJ)

By: _____
    Christopher Nucifora

*Attorneys for Hi-Tech Data Floors, Inc.*
Court Plaza South
21 Main Street, Suite 251
Hackensack, NJ 07601
(201) 488-6655


BROWN MOSKOWITZ & KALLEN, P.C.

By: _____
    Alan S. Goldberger

*Attorneys for Shelbourne Construction Corp.*
711 Third Avenue, Suite 1803
New York, NY 10017
(646) 487-9630
(973) 376-0909


DUANE MORRIS, LLP (NYC)

By: _____
    Mark A. Canizio
    Brian J. Markowitz

*Attorneys for Techno Acoustics Holdings, LLC*
1540 Broadway
New York, NY 10036-4086
(212) 691-1000

MURTAGH, COHEN & BYRNE

By: _____
    Joel Cutler

*Attorneys for Forest Electric Corp.*
100 North Park Avenue
Rockville Centre, NY 11570
(516) 766-3200


KAUFMAN DOLOWICH VOLUCK &
GONZO LLP

By: _____
    Matthew J. Minero

*Attorneys for Par Plumbing Co.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100


ARONAUER, RE & YUDELL, LLP

By: _____
    Ronald Christopher Owens

*Attorneys for Tangent Construction, Inc.*
444 Madison Avenue, 17th Floor
New York, NY 10022
(212) 755-6000


KUSHNICK & ASSOCIATES, P.C.

By: _____
    Vincent Thomas Pallaci

*Attorneys for V.A.M.E. Iron Works Corp.*
445 Broad Hollow Road, Suite 124
Melville, NY 11747
(631) 752-7100


KAUFMAN DOLOWICH VOLUCK & GONZO
LLP (NJ)

By: /s/ Christopher Nucifora
    Christopher Nucifora

*Attorneys for Hi-Tech Data Floors, Inc.*
Court Plaza South
21 Main Street, Suite 251
Hackensack, NJ 07601
(201) 488-6655


BROWN MOSKOWITZ & KALLEN, P.C.

By: _____
    Alan S. Goldberger

*Attorneys for Shelbourne Construction Corp.*
711 Third Avenue, Suite 1803
New York, NY 10017
(646) 487-9630
(973) 376-0909


DUANE MORRIS, LLP (NYC)

By: _____
    Mark A. Canizio
    Brian J. Markowitz

*Attorneys for Techno Acoustics Holdings, LLC*
1540 Broadway
New York, NY 10036-4086
(212) 691-1000

MURTAGH, COHEN & BYRNE

By: _____
    Joel Cutler

*Attorneys for Forest Electric Corp.*
100 North Park Avenue
Rockville Centre, NY 11570
(516) 766-3200


KAUFMAN DOLOWICH VOLUCK &
GONZO LLP

By: /s/ Matthew J. Minero
    Matthew J. Minero

*Attorneys for Par Plumbing Co.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100


ARONAUER, RE & YUDELL, LLP

By: _____
    Ronald Christopher Owens

*Attorneys for Tangent Construction, Inc.*
444 Madison Avenue, 17th Floor
New York, NY 10022
(212) 755-6000


KUSHNICK & ASSOCIATES, P.C.

By: _____
    Vincent Thomas Pallaci

*Attorneys for V.A.M.E. Iron Works Corp.*
445 Broad Hollow Road, Suite 124
Melville, NY 11747
(631) 752-7100


KAUFMAN DOLOWICH VOLUCK & GONZO
LLP (NJ)

By: _____
    Christopher Nucifora

*Attorneys for Hi-Tech Data Floors, Inc.*
Court Plaza South
21 Main Street, Suite 251
Hackensack, NJ 07601
(201) 488-6655


BROWN MOSKOWITZ & KALLEN, P.C.

By: _____
    Alan S. Goldberger

*Attorneys for Shelbourne Construction Corp.*
711 Third Avenue, Suite 1803
New York, NY 10017
(646) 487-9630
(973) 376-0909


DUANE MORRIS, LLP (NYC)

By: _____
    Mark A. Canizio
    Brian J. Markowitz

*Attorneys for Techno Acoustics Holdings, LLC*
1540 Broadway
New York, NY 10036-4086
(212) 691-1000

MURTAGH, COHEN & BYRNE

By: _____
    Joel Cutler

*Attorneys for Forest Electric Corp.*
100 North Park Avenue
Rockville Centre, NY 11570
(516) 766-3200

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
    Matthew J. Minero

*Attorneys for Par Plumbing Co.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100

ARONAUER, RE & YUDELL, LLP

By: _____
    Ronald Christopher Owens

*Attorneys for Tangent Construction, Inc.*
444 Madison Avenue, 17th Floor
New York, NY 10022
(212) 755-6000

KUSHNICK & ASSOCIATES, P.C.

By: _____
    Vincent Thomas Pallaci

*Attorneys for V.A.M.E. Iron Works Corp.*
445 Broad Hollow Road, Suite 124
Melville, NY 11747
(631) 752-7100

KAUFMAN DOLOWICH VOLUCK & GONZO LLP (NJ)

By: _____
    Christopher Nucifora

*Attorneys for Hi-Tech Data Floors, Inc.*
Court Plaza South
21 Main Street, Suite 251
Hackensack, NJ 07601
(201) 488-6655

BROWN MOSKOWITZ & KALLEN, P.C.

By: /s/ Alan S. Goldberger
    Alan S. Goldberger

*Attorneys for Shelbourne Construction Corp.*
711 Third Avenue, Suite 1803
New York, NY 10017
(646) 487-9630
(973) 376-0909

DUANE MORRIS, LLP (NYC)

By: _____
    Mark A. Canizio
    Brian J. Markowitz

*Attorneys for Techno Acoustics Holdings, LLC*
1540 Broadway
New York, NY 10036-4086
(212) 691-1000

MURTAGH, COHEN & BYRNE

By: _____
    Joel Cutler

*Attorneys for Forest Electric Corp.*
100 North Park Avenue
Rockville Centre, NY 11570
(516) 766-3200


KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
    Matthew J. Minero

*Attorneys for Par Plumbing Co.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100


ARONAUER, RE & YUDELL, LLP

By: _____
    Ronald Christopher Owens

*Attorneys for Tangent Construction, Inc.*
444 Madison Avenue, 17th Floor
New York, NY 10022
(212) 755-6000


KUSHNICK & ASSOCIATES, P.C.

By: _____
    Vincent Thomas Pallaci

*Attorneys for V.A.M.E. Iron Works Corp.*
445 Broad Hollow Road, Suite 124
Melville, NY 11747
(631) 752-7100


KAUFMAN DOLOWICH VOLUCK & GONZO LLP (NJ)

By: _____
    Christopher Nucifora

*Attorneys for Hi-Tech Data Floors, Inc.*
Court Plaza South
21 Main Street, Suite 251
Hackensack, NJ 07601
(201) 488-6655


BROWN MOSKOWITZ & KALLEN, P.C.

By: _____
    Alan S. Goldberger

*Attorneys for Shelbourne Construction Corp.*
711 Third Avenue, Suite 1803
New York, NY 10017
(646) 487-9630
(973) 376-0909


DUANE MORRIS, LLP (NYC)

By: _____
    Mark A. Canizio
    Brian J. Markowitz

*Attorneys for Techno Acoustics Holdings, LLC*
1540 Broadway
New York, NY 10036-4086
(212) 691-1000

MURTAGH, COHEN & BYRNE

By: _____
    Joel Cutler

*Attorneys for Forest Electric Corp.*
100 North Park Avenue
Rockville Centre, NY 11570
(516) 766-3200

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
    Matthew J. Minero

*Attorneys for Par Plumbing Co.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100

ARONAUER, RE & YUDELL, LLP

By: _____
    Ronald Christopher Owens

*Attorneys for Tangent Construction, Inc.*
444 Madison Avenue, 17th Floor
New York, NY 10022
(212) 755-6000

KUSHNICK & ASSOCIATES, P.C.

By: _____
    Vincent Thomas Pallaci

*Attorneys for V.A.M.E. Iron Works Corp.*
445 Broad Hollow Road, Suite 124
Melville, NY 11747
(631) 752-7100

KAUFMAN DOLOWICH VOLUCK & GONZO LLP (NJ)

By: _____
    Christopher Nucifora

*Attorneys for Hi-Tech Data Floors, Inc.*
Court Plaza South
21 Main Street, Suite 251
Hackensack, NJ 07601
(201) 488-6655

BROWN MOSKOWITZ & KALLEN, P.C.

By: _____
    Alan S. Goldberger

*Attorneys for Shelbourne Construction Corp.*
711 Third Avenue, Suite 1803
New York, NY 10017
(646) 487-9630
(973) 376-0909

DUANE MORRIS, LLP (NYC)

By: /s/ Mark A. Canizio
    Mark A. Canizio
    Brian J. Markowitz

*Attorneys for Techno Acoustics Holdings, LLC*
1540 Broadway
New York, NY 10036-4086
(212) 691-1000

MURTAGH, COHEN & BYRNE

By: _____
    Joel Cutler

*Attorneys for Forest Electric Corp.*
100 North Park Avenue
Rockville Centre, NY 11570
(516) 766-3200

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
    Matthew J. Minero

*Attorneys for Par Plumbing Co.*
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681-1100

ARONAUER, RE & YUDELL, LLP

By: _____
    Ronald Christopher Owens

*Attorneys for Tangent Construction, Inc.*
444 Madison Avenue, 17th Floor
New York, NY 10022
(212) 755-6000

KUSHNICK & ASSOCIATES, P.C.

By: _____
    Vincent Thomas Pallaci

*Attorneys for V.A.M.E. Iron Works Corp.*
445 Broad Hollow Road, Suite 124
Melville, NY 11747
(631) 752-7100

KAUFMAN DOLOWICH VOLUCK & GONZO LLP (NJ)

By: _____
    Christopher Nucifora

*Attorneys for Hi-Tech Data Floors, Inc.*
Court Plaza South
21 Main Street, Suite 251
Hackensack, NJ 07601
(201) 488-6655

BROWN MOSKOWITZ & KALLEN, P.C.

By: _____
    Alan S. Goldberger

*Attorneys for Shelbourne Construction Corp.*
711 Third Avenue, Suite 1803
New York, NY 10017
(646) 487-9630
(973) 376-0909

DUANE MORRIS, LLP (NYC)

By: _____
    Mark A. Canizio
    Brian J. Markowitz

*Attorneys for Techno Acoustics Holdings, LLC*
1540 Broadway
New York, NY 10036-4086
(212) 691-1000