USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/12

Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Interpleader Plaintiff,

-against-

TRI-LINE CONTRACTING CORP.; JOSE VELAZQUEZ; APG ENERGY & SECURITY SOLUTIONS; ARCHITECTURAL FLOORING RESOURCES, INC.; ASBESTOLITH MANUFACTURING CORP.; BERJEN METAL INDUSTRIES, LTD.; CASTLE RESTORATION & CONSTRUCTION, INC.; COSMOPOLITAN DECORATING CO., INC.; DFB SALES, INC.; FOREST ELECTRIC; HI-TECH DATA FLOORS, INC.; HOLLER METAL FABRICATORS, INC.; MODERN OFFICE SYSTEMS, LLC; RITE-WAY INTERNAL REMOVAL, INC.; NYC SPRINKLER SYSTEMS CORP.; P & P MECHANICAL, INC.; PAR PLUMBING CO.; S&J ENTRANCE & WINDOW SPECIALISTS, INC.; SHELBOURNE CONSTRUCTION CORP.; TANGENT CONSTRUCTION; TECHNO ACOUSTICS, HOLDINGS, LLC; V.A.M.E. IRON WORKS CORP.; and DOES 1 through 20,

    Interpleader Defendants.

---

STIPULATION OF VOLUNTARY DISCONTINUANCE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii).

Civil Action No. 11-CV-7178 (LAK)



RECEIVED JUN 11 2012 JUDGE KAPLAN'S CHAMBERS

## STIPULATION OF VOLUNTARY DISCONTINUANCE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily discontinued, with prejudice against the defendants APG Energy & Security Solutions, Asbestolith Manufacturing Corp., Castle Restoration & Construction, Inc., Cosmopolitan Decorating Co., Inc., DFB Sales, Inc.,

Forest Electric Corp., Hi-Tech Data Floors, Inc., Par Plumbing Co., Shelbourne Construction Corp., Tangent Construction, Inc., Techno Acoustics Holdings, LLC, and V.A.M.E. Iron Works Corp. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| PAUL HASTINGS LLP | HOWARD BLUM, P.C. |
|---|---|
| By: *Jodi Kleinick* | By: _____ |
| Jodi A. Kleinick | Howard Blum |
| *Attorneys for Interpleader Plaintiff* | *Attorney for APG Energy & Security Solutions* |
| 75 East 55th Street | 286 Madison Avenue, 14th Floor |
| New York, NY 10022 | New York, NY 10017 |
| (212) 318-6000 | (212) 557-3000 |
| KAUFMAN DOLOWICH VOLUCK & GONZO LLP | THE LAW FIRM OF ELIAS C. SCHWARTZ |
| By: _____ | By: _____ |
| Gary Wirth | Michelle Cindy Englander |
| *Attorneys for Asbestolith Manufacturing Corp.* | *Attorneys for Castle Restoration & Construction, Inc.* |
| 135 Crossways Park Drive | 343 Great Neck Road |
| Suite 201 | Great Neck, NY 11021 |
| Woodbury, NY 11797 | (516) 487-0175 |
| (516) 681-1100 | |
| LAW OFFICES OF EDWARD WEISSMAN | WEISBERG & WEISBERG |
| By: _____ | By: _____ |
| Edward Weissman | Sidney A. Weisberg |
| *Attorney for Cosmopolitan Decorating Co., Inc.* | *Attorneys for DFB Sales, Inc.* |
| 60 East 42nd Street, Suite 557 | 98 Cutter Mill Road, Suite 332 |
| New York, NY 10165 | Great Neck, NY 11021 |
| (212) 937-1520 | (516) 466-2750 |

So ordered.

*[signature]*
Part I

June 13, 2012