UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

JPMORGAN CHASE BANK,                                    Case No.  11-cv-07178 (TPG)
NATIONAL ASSOCIATION,          Plaintiff,


        -against-
TRI-LINE CONTRACTING CORP.,
et al.,                        Defendants.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending                    [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## R. CHRISTOPHER OWENS
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RO1207_____          My State Bar Number is 4484747_____

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  Aronauer, Re & Yudell, LLP_____
               FIRM ADDRESS:  444 Madison Avenue, 17th Floor_____
               FIRM TELEPHONE NUMBER: (212) 755-6000_____
               FIRM FAX NUMBER:  (212) 755-6006_____

NEW FIRM:      FIRM NAME:  Aronauer, Re & Yudell, LLP_____
               FIRM ADDRESS:  One Grand Central Place, 60 E. 42nd St., Suite 1420
               FIRM TELEPHONE NUMBER:  (212) 755-6000_____
               FIRM FAX NUMBER:  (212) 755-6006_____

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
     was entered on _____  by Judge_____.

Dated: July 13, 2012

                                    _____
                                    ATTORNEY'S SIGNATURE